# Order

**Michigan Supreme Court
Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

139675

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FREDDIE WALTON,
      Plaintiff-Appellant,

v

                                        SC: 139675
COA: 291458
Ingham CC: 07-001565-AA

MICHIGAN DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

s0125